IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR-15-96-BLG-SPW-CSO |
|---|---|
| Plaintiff, | |
| vs. | **FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |
| DONALD JOHN CHERRY, | |
| Defendant. | |

The Defendant, by consent, appeared before me under Fed. R. Crim. P. 11 for a change of plea hearing. For reasons stated on the record of the hearing, IT IS RECOMMENDED that the Court not adjudge Defendant guilty of the charge in the Indictment at this time.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days after the filing of the Findings and Recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 11th day of March, 2016.

/s/ Carolyn S. Ostby
United States Magistrate Judge