

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD JOHN CHERRY,<br><br>Defendant. | CR 15-96-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, DONALD JOHN CHERRY is hereby released from the custody of the U.S. Marshal Service.

DATED this 6th day of January, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1