PROB 34                                                            Report and Order Terminating Probation/
(Rev. 8/94)                                                   Supervised Release

# UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF MONTANA

**UNITED STATES OF AMERICA**

        v.                                           Criminal No.     CR 15-96-BLG-SPW-01

**Donald John Cherry**

On July 7, 2020, the Custer County Coroner's Office confirmed the defendant passed away on July 4, 2020. I therefore recommend that the proceedings in the case be terminated.

Respectfully submitted,

*Nickalas Buciuman*
Nickalas Buciuman
United States Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the proceedings in the case be terminated.

Dated this 7th day of July, 2020.

Susan P. Watters
United States District Judge